**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN JOSEPH GARCIA,  )<br>  )<br>             Petitioner,  )<br>  )<br>         v.  )<br>  )<br>T. PEREZ, Warden,  )<br>  )<br>             Respondent.  )<br>_____ ) | Case No. SACV 15-0397-JPR<br><br>**J U D G M E N T** |

   Under the Memorandum Opinion and Order Denying Petitioner's Motion for Discovery; Denying Petitioner's Motion for Evidentiary Hearing; Granting Respondent's Motion to Dismiss; and Dismissing Action with Prejudice,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 14, 2016

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE